IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZETTE MEADE,<br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br>        Defendant | :<br>:<br>:   **NO. 3:12-cv-651**<br>:<br>:   (JUDGE NEALON)<br>:<br>:<br>:<br>: |

FILED
SCRANTON
FEB 6 2014
PER _____
DEPUTY CLERK

**ORDER**

NOW, this 6th day of February, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Meade's appeal of the Commissioner's decision is **DENIED**.

2. The decision of the Commissioner of Social Security denying Meade supplemental security income is **AFFIRMED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**